AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Guadalupe Reyes-Gonzalez

**CRIMINAL COMPLAINT**

Case Number: M-20-0003-M

IAE   YOB: 1992
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 31, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** (Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Guadalupe Reyes-Gonzalez was encountered by Border Patrol Agents near Abram, Texas on December 31, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 31, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on June 20, 2019 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 13, 2019 the defendant was convicted of Possession of Controlled Substance 3rd Degree and sentenced to sixty eight (68) days confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

approved by Scott V. Greenbaum, AUSA 1/2/20
Complaint authorized by AUSA [signature]

Signature of Complainant

Sworn to before me and subscribed in my presence,

William Dubois
Printed Name of Complainant

January 2, 2020  2:54 a.m.
Date

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer